JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI SEIG<br><br>              Plaintiff,<br><br>    v.<br><br>YARD HOUSE RANCHO CUCAMONGA, LLC; and DOES 1 through 10, inclusive,<br><br>              Defendants. | No.   CV 07-2105 PA (MANx)<br><br>JUDGMENT |

In accordance with the Court's February 25, 2008 Minute Order granting summary judgment in favor of defendant Yard House Rancho Cucamonga, LLC ("Defendant") on the Complaint filed by plaintiff Levi Seig ("Plaintiff"),

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.    Plaintiff shall recover nothing from Defendant on Plaintiff' claims;

    2.    Defendant shall have judgment in its favor on Plaintiff's claims;

//

//

//

1       3.    Defendant shall recover from Plaintiff its costs of suit.

2     The Clerk is ordered to enter this Judgment.

4 DATED: February 25, 2008

                                                Percy Anderson
                                UNITED STATES DISTRICT JUDGE